UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

| | |
|---|---|
| LORNE WASSERMAN,<br><br>    Plaintiff,<br><br>V.<br><br>PIONEER CREDIT RECOVERY, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 7:19-56-KKC<br><br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on the Plaintiff's Notice of Voluntary Dismissal with prejudice. (DE 4.) The Court, having reviewed the Notice and being otherwise sufficiently advised, **HEREBY ORDERS** as follows:

1. Any pending motions in the case are hereby deemed **MOOT**.
2. All pending deadlines are considered **SET ASIDE.**
3. This action shall be and hereby is dismissed with prejudice and shall be **STRICKEN FROM THE ACTIVE DOCKET.**

Dated August 14, 2019.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

1